

FILED
CLERK, U.S. DISTRICT COURT

DEC 15 2022

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Samantha MoRales, <br><br> Defendant. | Case No. CR 19-00685-FMO <br><br> **ORDER OF DETENTION AFTER HEARING** <br><br> **[Fed.R.Crim.P. 32.1(A)(6);** <br> **18 U.S.C. § 3143(A)]** |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _____

1
2
3

4      and/or

5  B.  ☒      The defendant has not met his/her burden of establishing by clear and

6      convincing evidence that he/she is not likely to pose a danger to the safety of

7      any other person or the community if released under 18 U.S.C. § 3142(b) or

8      (c).  This finding is based on: _substance abuse ; known_

9      _gang member ; difficulty in compliance with supervision_

10
11
12

13      IT THEREFORE IS ORDERED that the defendant be detained pending the

14  further revocation proceedings.

15

16  Dated: _12/15/2022_

17

18

19      _____
            ALEXANDER F. MacKINNON
20      UNITED STATES MAGISTRATE JUDGE

21
22
23
24
25
26
27
28