

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA MORALES,<br><br>Defendant. | Case No. 2:19-CR-00685-FMO-1<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On March 13, 2025, Defendant Samanta Morales made her initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 9, 2023. A detention hearing was held on March 13, 2025.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include leaving a residential substance abuse treatment center and failing to complete the program and failing to follow the Order of the Cour to report to the Probation Officer as directed and failing to follow the instructions of the Probation Officer. Defendant has a history of failing to abide by the conditions of supervised release.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: March 13, 2025

PATRICIA DONAHUE

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE